JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

5:17-CV-3414

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

17   3414

## I. (a) PLAINTIFFS
Danita L. Myree

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David L. Lutz, Handler, Henning & Rosenberg, LLP,
1300 Linglestown Road, Suite 2, Harrisburg, PA
717-238-2000

## DEFENDANTS
Alan N. Marc and Zook Trucking, LLC

County of Residence of First Listed Defendant   Lancaster
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government Plaintiff
☐ 2   U.S. Government Defendant
☐ 3   Federal Question *(U.S. Government Not a Party)*
☒ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   Pharmaceutical |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander   Personal Injury |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability |  | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability   ☐ 368 Asbestos Personal |  | New Drug Application | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine   Injury Product |  | ☐ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product   Liability |  |  | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** |  | **LABOR**   **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| of Veteran's Benefits | ☒ 350 Motor Vehicle   ☐ 370 Other Fraud |  | ☐ 710 Fair Labor Standards   ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending |  | Act   ☐ 862 Black Lung (923) | Exchange |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal |  | ☐ 720 Labor/Management   ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   Property Damage |  | Relations   ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage |  | ☐ 740 Railway Labor Act   ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
|  | ☐ 362 Personal Injury -   Product Liability |  | ☐ 751 Family and Medical | ☐ 895 Freedom of Information |
|  | Medical Malpractice |  | Leave Act | Act |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** |  | ☐ 790 Other Labor Litigation   **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** |  | ☐ 791 Employee Retirement   ☐ 870 Taxes (U.S. Plaintiff | ☐ 899 Administrative Procedure |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee |  | Income Security Act   or Defendant) | Act/Review or Appeal of |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate |  |   ☐ 871 IRS—Third Party | Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/   Sentence |  |   26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General |  |  | State Statutes |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty |  | **IMMIGRATION** |  |
|  | Employment   **Other:** |  | ☐ 462 Naturalization Application |  |
|  | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other |  | ☐ 465 Other Immigration |  |
|  | Other   ☐ 550 Civil Rights |  | Actions |  |
|  | ☐ 448 Education   ☐ 555 Prison Condition |  |  |  |
|  |   ☐ 560 Civil Detainee - |  |  |  |
|  |   Conditions of |  |  |  |
|  |   Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332(a) and F.R.C.P. 8(a)(1)
Brief description of cause:
Defendant changed lanes and violently struck Plaintiff's vehicle

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
$75,000.00+
CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE
07/25/2017

SIGNATURE OF ATTORNEY OF RECORD

JUL 31 2017

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE



UNITED STATES DISTRICT COURT **17   3414**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Danita L. Myree, 639 N. Laburnum Avenue, Richmond, VA 23223

Address of Defendant: Alan N. Marc, 413 Quary Rd., New Holland, PA 17557; Zook Trucking, LLC, 215 N. Harvest Rd., Bird in Hand, PA 12505

Place of Accident, Incident or Transaction: I95 Northbound at Exit 79, Richmond City, Virginia
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐  No☒

Does this case involve multidistrict litigation possibilities?   Yes☐  No☒

RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☒ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

**ARBITRATION CERTIFICATION**
*(Check Appropriate Category)*
I, Andrew C. Spears, counsel of record do hereby certify:
☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☒ Relief other than monetary damages is sought.

DATE: 07-25-2017   _____   87737
                   Attorney-at-Law    Attorney I.D.#

**NOTE**: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

**JUL 31 2017**

DATE: _____   _____   _____
                         Attorney-at-Law    Attorney I.D.#

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Danita L. Myree | | CIVIL ACTION |
| v. | | |
| Alan N. Marc and Zook Trucking, LLC | | NO. 17 3414 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   (X)

| July 25, 2017 | Attorney-at-law | Danita L. Myree |
|---|---|---|
| **Date** | | **Attorney for** |
| 717-238-2000 | 717-233-3029 | spears@hhrlaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

JUL 31 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANITA L. MYREE,<br>639 Laburnum Avenue<br>Richmond, VA 23223,<br>      **Plaintiff,**<br>v.<br>ALAN N. MARC,<br>413 Quary Road<br>New Holland, PA 17557<br>ZOOK TRUCKING, LLC,<br>215 N. Harvest Road<br>Bird in Hand, PA 12505<br>      **Defendants.** | NO.: **17 3414**<br><br>CIVIL ACTION – LAW |

## COMPLAINT

Plaintiff, Danita L. Myree ("**Ms. Myree**"), by and through her attorney, **HANDLER, HENNING & ROSENBERG, LLP**, makes this Complaint against the Defendants, Alan N. Marc ("**Marc**") and Zook Trucking, LLC ("**Zook**"), (collectively "**Defendants**"), and avers as follows:

1. Ms. Myree is a competent adult individual currently residing at 639 N. Laburnum Avenue, Richmond, Virginia, 23223.

2. Marc is a competent adult individual currently residing at 413 Quary Road, New Holland, Pennsylvania, 17505.

3. At all times material hereto, Marc was a professional commercial vehicle driver with a Pennsylvania Commercial Driver's license.

4. Zook is a Pennsylvania corporation with a principal place of business at 215 North Harvest Road, Bird in Hand, Pennsylvania, 17505.

5.  Zook operates under U.S. Department of Transportation No. 52271800 and Motor Carrier No. 218354.

6.  Ms. Myree invokes jurisdiction of this Court under 28 U.S.C. § 1332(a) and F.R.C.P. 8(a)(1) as this is a civil action between citizens of different states.

7.  Venue lies in the Eastern District of Pennsylvania under 28 U.S.C. § 1391 as both defendants reside in Lancaster County, Pennsylvania.

8.  At all times material hereto, Ms. Myree, was the operator and owner of a 2008 Nissan, four-door, bearing the Virginia license plate number XHH6765 ("**Plaintiff's Vehicle**").

9.  At all times material hereto, Marc was the operator of a 2002 Peterbilt Truck Tractor, owned by Zook, and bearing the Pennsylvania license plate number AF41226 ("**Defendants' Vehicle**").

10. Defendants' Vehicle was operated by Marc with the express permission of Zook.

11. At all times material hereto, Marc operated Defendants' Vehicle in the furtherance of the business of Zook.

12. At all times material hereto, Marc was an employee, agent, and/or servant of Zook, and while performing acts alleged in this complaint, he was acting within the course and scope of such employment, agency, direction and/or commission.

13. At all times material hereto, Ms. Myree was insured under an automobile policy with Geico Insurance Company.

14. At all times material hereto, there were no adverse road or weather conditions.

15. On September 15, 2015, Marc was traveling northbound on I-95 in the center lane approaching exit 79.

16. Northbound I-95 is a paved, three-lane roadway, with same direction lanes

2

designated by broken white lines, with a posted speed limit of 55 miles-per-hour.

17. At approximately 4:22 p.m., Ms. Myree was lawfully traveling north on I-95 in Richmond, Virginia in the right lane.

18. At approximately the same time and place, Defendants' Vehicle was abreast with Plaintiff's Vehicle when Marc began to change lanes into the right lane.

19. Defendants' Vehicle violently collided into Plaintiff's Vehicle causing Plaintiff's Vehicle to run off the road and strike the guardrail.

20. As a direct and proximate result of the negligence of Marc, Ms. Myree sustained damages as set forth more specifically below.

## COUNT I – NEGLIGENCE
## DANITA MYREE V. ALAN MARC

21. All prior paragraphs are incorporated herein as if fully set forth below.

22. The occurrence of the aforementioned collision and all the resultant damages to Ms. Myree are the direct and proximate result of the negligence of Marc, generally and more specifically as set forth below:

   a. In driving in a careless manner;

   b. In failing to be reasonably vigilant to observe Plaintiff's Vehicle;

   c. In failing to properly and adequately observe the traffic conditions then and there existing;

   d. In failing to keep a proper lookout for vehicles lawfully traveling north on I-95 abreast to him;

   e. In negligently changing lanes into the right lane that was occupied by Plaintiff's Vehicle

3

      f. In failing to exercise the high degree of care required of a motorist traveling on the highway;

      g. In disregarding the condition of the highway, and the traffic upon the highway;

      h. In failing to be continuously alert, in failing to perceive any warning of danger that was reasonably likely to exist, and in failing to have his vehicle under such control that injury to persons or property could be avoided.

23. As a direct and proximate result of the negligence of Marc, Ms. Myree has:

      a. suffered personal injuries including, but not limited to, bruised ribs, left arm and shoulder pain, and neck pain;

      b. has undergone continuing medical care for her injuries, which she will continue to endure for an indefinite period of time in the future, to her detriment and loss;

      c. has suffered physical pain, discomfort, and mental anguish, which she will continue to endure the same for an indefinite period of time in the future, to her physical, emotional, and financial detriment and loss;

      d. has been compelled, in order to affect a cure for the aforesaid injuries, to spend money for medicine and/or medical attention and will be required to spend money for the same purposes in the future, to her detriment and loss;

      e. has suffered a loss of life's pleasures and will continue to suffer in the future, to her detriment and loss;

      f. has suffered a loss of income and/or earning capacity which she will continue to endure for an indefinite period of time in the future, to her physical, emotional, and financial detriment and loss

  g. has been, and will in the future continue to be, hindered from attending to her daily duties and chores, to her detriment, loss, humiliation, and embarrassment;

24. Ms. Myree believes and, therefore, avers that her injuries are permanent and serious in nature.

**WHEREFORE**, Plaintiff, Danita Myree, demands judgment on her behalf against Defendant, Alan Marc, in an amount in excess of $75,000.00, exclusive of interest and costs.

## COUNT II- VICARIOUS LIABILITY
## DANITA MYREE v. ZOOK TRUCKING, LLC

1. All prior paragraphs are incorporated herein as if set forth fully below.

2. At all times material to this action, Marc was an agent, servant, and/or employee of Zook.

3. The occurrence of the aforementioned collision and the resultant injuries to Ms. Myree are the direct and proximate result of the negligent, careless conduct of Marc.

4. The aforementioned negligent, careless conduct of Marc occurred while acting in and upon the business of Zook and within the course and scope of his employment with Zook.

5. Zook is vicariously liable for the acts of its agent, servant, or employee.

6. Zook is vicariously liable for the negligent and careless behavior of Marc.

7. Zook is vicariously liable for Ms. Myree:

  a. sustaining serious personal injuries including, but not limited to, bruised ribs, left arm and shoulder pain, and neck pain;

  b. undergoing medical care for her injuries, which she will continue to require in the indefinite future;

  c. being, now and in the future, hindered from performing her daily duties and chores, to her great loss, humiliation and embarrassment;

5

    d.    suffering great physical pain, discomfort and mental anguish which she will continue to endure for an indefinite period of time in the future, to her great physical, emotional and financial detriment and loss;

    e.    being compelled, in order to affect a cure for the aforesaid injuries, to spend money for medicine and/or medical attention for which she will be required to spend money for in the future, to her detriment and loss;

    f.    suffering a loss of income and/or earning capacity which she will continue to endure for an indefinite period of time in the future, to her physical, emotional, and financial detriment and loss; and

    g.    suffering a loss of life's pleasures, which she will continue to suffer in the future, to her great detriment and loss.

**WHEREFORE**, Plaintiff, Danita Myree, demands judgment on her behalf and against Defendant, Zook Trucking, LLC, in an amount in excess of $75,000.00, exclusive of interest and costs.

    Respectfully submitted,
    **HANDLER, HENNING & ROSENBERG, LLP**

Date: July 25, 2017    By: _____
    Andrew C. Spears (PA 87737)
    **HANDLER, HENNING & ROSENBERG, LLP**
    1300 Linglestown Road, Suite 2
    Harrisburg, PA 17110
    Ph. 717.238.2000
    spears@hhrlaw.com

    *Attorneys for Plaintiff,*
    *Danita Myree*